RICHARD K. GUSTAFSON Bar # 193914
LEGAL HELPERS, P.C.
Sears Tower, Suite 5150
Chicago, IL 60610
Tel:  866-339-1156
Fax: 312-822-1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Irene Ross, | Case No.: 2:09-cv-04704-DSF-SH |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Creditors Financial Group, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with prejudice in 20 days.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Richard K. Gustafson*
Richard K. Gustafson
Sears Tower, Suite 5150
Chicago, IL 60610
Tel:  866-339-1156
Fax: 312-822-1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served via regular U.S. mail:

Creditors Financial Group, LLC
3131 S. Vaughn Way
Aurora, CO 80014

*/s/ Richard J. Meier*