RICHARD K. GUSTAFSON Bar # 193914
LEGAL HELPERS, P.C.
Sears Tower, Suite 5150
Chicago, IL 60610
Tel:  866-339-1156
Fax: 312-822-1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Irene Ross, | Case No.: 2:09-cv-04704-DSF-SH |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| Creditors Financial Group, LLC, | **WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

LEGAL HELPERS, P.C.

By: */s/ Richard K. Gustafson*
Richard K. Gustafson
Sears Tower, Suite 5150
Chicago, IL 60610
Tel:  866-339-1156
Fax: 312-822-1064
rkg@legalhelpers.com
*Attorney for Plaintiff*

NOTICE OF DISMISSAL
WITH PREJUDICE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Creditors Financial Group, LLC
3131 S. Vaughn Way
Aurora, CO 80014

*/s/ Richard J. Meier*